Dismissed and Memorandum Opinion filed November 24, 2004









Dismissed and Memorandum Opinion filed November 24,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00787-CV

____________

 

ELIZABETH
BALDWIN and RONALD BELL, Appellants

 

V.

 

T=S RESTORATION SERVICES, INC., Appellee

 



 

On Appeal from the
County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause
No. 791,953-101

 



 

M E M O R A N D U M   O P I N I O N

This is a restricted appeal from a judgment signed January
29, 2004.  On November 22, 2004, the
appellants filed an agreed motion to dismiss the appeal because the parties
have fully compromised and settled all maters and disputes at issue in this
case.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 24, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.